### 4004. BAILEY v. THE STATE.

HILL, C. J. Where the evidence relied upon for a conviction is entirely circumstantial, it is the duty of the trial judge to charge the law fixing the standard of mental conviction in such cases, as laid down by section 1010 of the Penal Code (1910), whether requested to do so or not. *White* v. *State*, 4 Ga. App. 72 (60 S. E. 803), and citations.

*Judgment reversed.*

DECIDED MARCH 19, 1912.

Indictment for keeping lewd house; from Thomas superior court —Judge Thomas. December 23, 1911.

*Theodore Titus,* for plaintiff in error.

*J. A. Wilkes, solicitor-general, Snodgrass & MacIntyre,* contra.